**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )  **CASE NO. 3:12-00077** |
| | )  **JUDGE SHARP** |
| **WILLIAM M. LEWIS** | ) |

## O R D E R

Pending before the Court is the Government's Motion to Reset Hearing (Docket No. 40).

The motion is GRANTED, and the revocation hearing is reset for Thursday, August 27,

2014, at 10:30 a.m.

The United States Marshal shall produce the Defendant at the hearing.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE