UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00077 |
| | ) JUDGE SHARP |
| WILLIAM M. LEWIS | ) |

AGREED ORDER

William M. Lewis appeared in Court with counsel to answer for the alleged violation in the Petition for Revocation of Supervised Release (DE 28). Mr. Lewis admitted that he violated the conditions of supervision as alleged in the Petition. The parties recommended to the Court that Mr. Lewis be committed to the custody of the U.S. Bureau of Prisons for a period of 24 months and that no supervision shall follow. The Court accepts this recommendation.

IT IS ORDERED, ADJUDGED, and DECREED that the term of supervised release previously imposed is revoked. Further, the Court imposes a sentence of 24 months in cusody of the U.S. Bureau of Prisons, with no supervision to follow.

The Court recommends to the U.S. Bureau of Prisons that Mr. Lewis be confined in a facility, according to his security level, as close as possible to North Cape May, New Jersey.

IT IS SO ORDERED BY THE COURT on this the _____ day of _____, 2014.

_____
KEVIN H. SHARP
Judge, United States District

APPROVED FOR ENTRY:

/s/ *Mariah A. Wooten*
MARIAH A. WOOTEN
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203


/s/ *S. Carran Daughtrey*
S. CARRAN DAUGHTREY
Assistant United States Attorney
110 Ninth Avenue, South
Nashville, Tennessee 37203